**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

EMERALD CITY MANAGEMENT, §
L.L.C. and EMERALD CITY BAND, §
INC., §
§   Civil Action No. 4:14-cv-00358-RAS
Plaintiffs, §
§
v. §
§
JORDAN KAHN and JORDAN KAHN §
MUSIC COMPANY, L.L.C., §
§
Defendants. §

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Jordan Kahn and Jordan Kahn Music Company, L.L.C. ("Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the interlocutory Order of the Honorable Judge Richard A. Schell, entered on August 1, 2014 [D.I. 37], Adopting the Report and Recommendation of the United States Magistrate Judge and granting Plaintiffs' Motion for Preliminary Injunction.

Dated:  August 8, 2014

Respectfully submitted,

**KLEMCHUK KUBASTA LLP**

*/s/ Austin Champion*
Casey L. Griffith
Texas Bar No. 24036687
Austin S. Champion
Texas Bar No. 24065030
Michael C. Barbee
Texas State Bar No. 24082656
8150 North Central Expwy., 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Casey.Griffith@kk-llp.com
Austin.Champion@kk-llp.com
Michael.Barbee@kk-llp.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel of record on August 8, 2014.

*/s/ Austin Champion*
Austin Champion