No. 14-40856

*In The*

# United States Court of Appeals

*for the*

# Fifth Circuit

———————————————

EMERALD CITY MANAGEMENT, L.L.C.;
EMERALD CITY BAND, INCORPORATED,

*Plaintiffs-Appellees,*

v.

JORDAN KAHN; JORDAN KAHN
MUSIC COMPANY, L.L.C.,

*Defendants-Appellants.*

———————————————

*On Appeal from the United States District Court for the Eastern District of
Texas, Sherman. The Honorable Richard A. Schull, United States District Judge
USDC No. 4:14-CV-358*

## RECORD EXCERPTS

CASEY L. GRIFFITH
Email: casey.griffith@kk-llp.com
AUSTIN S. CHAMPION
Email: austin.champion@kk-llp.com
MICHAEL C. BARBEE
Email: michael.barbee@kk-llp.com
KLEMCHUK KUBASTA, L.L.P.
8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000

*Attorneys for Defendants-Appellants
Jordan Kahn and Jordan Kahn Music
Company, L.L.C.*

CP COUNSEL PRESS • (888) 700-3226

# TABLE OF CONTENTS

| Excerpt Tab Number | Record Citation | Document | Record Page |
|---|---|---|---|
| TAB 1 | ROA.1 | Docket Entries – 4:12-cv-01081 | RE-1 |
| TAB 2 | ROA.425 | Notice of Appeal, filed August 8, 2014 | RE-12 |
| TAB 3 | ROA.421 | Memorandum Adopting Report and Recommendation of the United States Magistrate Judge and Preliminary Injunction, filed August 1, 2014 | RE-14 |

# TAB 1

APPEAL,JURY

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
## CIVIL DOCKET FOR CASE #: 4:14-cv-00358-RAS
## Internal Use Only

Emerald City Management, L.L.C. et al v. Kahn et al
Assigned to: Judge Richard A. Schell
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 06/03/2014
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Emerald City Management, L.L.C.**                represented by   **Christopher Martin Albert**
Busch Ruotolo & Simpson, LLP
100 Crescent Court
Suite 250
Dallas, TX 75201
214/855-2880
Fax: 214/855-2871
Email: albert@buschllp.com
*ATTORNEY TO BE NOTICED*

**Robert Ruotolo**
Busch Ruotolo & Simpson, LLP - Dallas
100 Crescent Court
Suite 250
Dallas, TX 75201
214.855.2880
Fax: 214.855.2871
Email: ruotolo@buschllp.com
*ATTORNEY TO BE NOTICED*

**Alan L Busch**
Busch Ruotolo & Simpson, LLP - Dallas
100 Crescent Court
Suite 250
Dallas, TX 75201
214/855-2880
Fax: 214-855-2871
Email: busch@buschllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emerald City Band, Inc.**                represented by   **Christopher Martin Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Ruotolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

14-40856.1

RE-1

**Alan L Busch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

Jordan Kahn                    represented by    **Casey Lee Griffith**
                                                 Klemchuk Kubasta, LLP - Dallas
                                                 Campbell Centre II
                                                 8150 North Central Expressway
                                                 10th Floor
                                                 Dallas, TX 75206
                                                 214/367-6000
                                                 Fax: 214/764-6673
                                                 Email: casey.griffith@kk-llp.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Austin Smith Champion**
                                                 Klemchuk Kubasta, LLP - Dallas
                                                 Campbell Centre II
                                                 8150 North Central Expressway
                                                 10th Floor
                                                 Dallas, TX 75206
                                                 214-367-6007
                                                 Fax: 214-367-6001
                                                 Email: austin.champion@kk-llp.com
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Eric D Fein**
                                                 Attorney at Law
                                                 15455 N. Dallas Parkway
                                                 Suite 1225
                                                 Addison, TX 75001
                                                 214/522-9596
                                                 Fax: 214/522-9599
                                                 Email: efein@feinlawfirm.com
                                                 *TERMINATED: 07/25/2014*

                                                 **Michael Collin Barbee**
                                                 Klemchuk Kubasta LLP
                                                 8150 North Central Expressway
                                                 10th Floor
                                                 Dallas, TX 75206
                                                 214-367-6000
                                                 Fax: 214-367-6001
                                                 Email: michael.barbee@kk-llp.com
                                                 *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

Jordan Kahn Music Company, L.L.C.            represented by

<span style="color:red">14-40856.2</span>

RE-2

**Casey Lee Griffith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Smith Champion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric D Fein**
(See above for address)
*TERMINATED: 07/25/2014*

**Michael Collin Barbee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Dean Taglioli                          represented by    **Robert Ruotolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Jordan Kahn Music Company, L.L.C.      represented by    **Casey Lee Griffith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Smith Champion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric D Fein**
(See above for address)
*TERMINATED: 07/25/2014*

**Michael Collin Barbee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Jordan Kahn                            represented by    **Casey Lee Griffith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Smith Champion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric D Fein**
(See above for address)

<span style="color:red">14-40856.3</span>

RE-3

*TERMINATED: 07/25/2014*

**Michael Collin Barbee**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Emerald City Band, Inc.**                represented by    **Christopher Martin Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Ruotolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alan L Busch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Emerald City Management, L.L.C.**        represented by    **Christopher Martin Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Ruotolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alan L Busch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dean Taglioli**                          represented by    **Robert Ruotolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/03/2014 | 1 (p.12) | COMPLAINT against Jordan Kahn Music Company, L.L.C., Jordan Kahn ( Filing fee $ 400 receipt number 0540-4687265.), filed by Emerald City Management, L.L.C., Emerald City Band, Inc.. (Attachments: # 1 (p.12) Exhibit Affidavit of Dean Taglioli, # 2 (p.41) Civil Cover Sheet Civil Cover Sheet)(Busch, Alan) (Entered: 06/03/2014) |
| 06/03/2014 | 2 (p.41) | Ex Parte MOTION for Temporary Restraining Order by Emerald City Band, Inc., Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Exhibit Affidavit of Dean Taglioli, # 2 (p.41) Text of Proposed Order Temporary Restraining |

| | | |
|---|---|---|
| | | Order)(Busch, Alan) (Entered: 06/03/2014) |
| 06/03/2014 | 3 (p.72) | CORPORATE DISCLOSURE STATEMENT filed by Emerald City Band, Inc., Emerald City Management, L.L.C. (Busch, Alan) (Entered: 06/03/2014) |
| 06/03/2014 | | Case Assigned to Judge Richard A. Schell. (pad, ) (Entered: 06/04/2014) |
| 06/04/2014 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form <u>Consent to Proceed Before Magistrate Judge</u> is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge.* (pad, ) (Entered: 06/04/2014) |
| 06/04/2014 | 4 (p.74) | SUMMONS Issued as to Jordan Kahn Music Company, L.L.C.. (pad, ) (Entered: 06/04/2014) |
| 06/04/2014 | 5 (p.76) | SUMMONS Issued as to Jordan Kahn. (pad, ) (Entered: 06/04/2014) |
| 06/05/2014 | 6 (p.78) | ORDER REFERRING MOTION: 2 (p.41) Ex Parte MOTION for Temporary Restraining Order filed by Emerald City Band, Inc., Emerald City Management, L.L.C. to Don D. Bush, United States Magistrate Judge. Signed by Judge Richard A. Schell on 6/5/2014. (pad, ) (Entered: 06/05/2014) |
| 06/05/2014 | 7 (p.79) | ORDER Setting Hearing on Motion 2 (p.41) Ex Parte MOTION for Temporary Restraining Order : Motion Hearing set for 6/6/2014 12:00 PM in Ctrm 108 (Plano) - Bush before Magistrate Judge Don D. Bush. Plaintiffs counsel is directed to immediately provide a copy of this order to Defendants counsel. Signed by Magistrate Judge Don D. Bush on 6/5/2014. (pad, ) Modified on 6/5/2014 (pad, ). (Entered: 06/05/2014) |
| 06/06/2014 | 8 (p.80) | Minute Entry for proceedings held before Magistrate Judge Don D. Bush: Motion Hearing held on 6/6/2014 re 2 (p.41) MOTION for Temporary Restraining Order filed by Emerald City Band, Inc., Emerald City Management, L.L.C.. (Court Reporter Digital Recording.) (ttm, ) (Entered: 06/06/2014) |
| 06/06/2014 | 9 (p.83) | Exhibit List from TRO hearing held 6/6/14 before Judge Don D Bush. (ttm, ) (Entered: 06/06/2014) |
| 06/09/2014 | 10 (p.84) | Digital Audio Recording Request by Jordan Kahn Music Company, L.L.C., Jordan Kahn for proceedings held on TRO Hearing 6/6/2014 before Judge Magistrate Bush. (Fein, Eric) (Entered: 06/09/2014) |
| 06/09/2014 | 11 (p.85) | Digital Audio File TRO Hearing held on 06/06/14 before Judge Don D Bush. AUDIO FILE size(26.8 MB) (ttm, ) (Entered: 06/09/2014) |
| 06/10/2014 | 12 (p.86) | NOTICE of Attorney Appearance by Robert Ruotolo on behalf of Emerald City Band, Inc., Emerald City Management, L.L.C. (Ruotolo, Robert) (Entered: 06/10/2014) |
| 06/11/2014 | 13 (p.88) | BRIEF filed *Defendants' Brief in Support of Denial of Plaintiffs' Application for Temporary Restraining Order and/or Preliminary Injunction* by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # 1 (p.12) Exhibit 3, # 2 (p.41) Exhibit 4, # 3 (p.72) Exhibit 5, # 4 (p.74) Exhibit 6)(Fein, Eric) (Entered: 06/11/2014) |

RE-5

| 06/13/2014 | 14 (p.143) | *Defendants'* ANSWER to 1 (p.12) Complaint, *Affirmative Defenses,* COUNTERCLAIM against Emerald City Band, Inc., Emerald City Management, L.L.C., Dean Taglioli by Jordan Kahn Music Company, L.L.C., Jordan Kahn.(Fein, Eric) (Entered: 06/13/2014) |
|---|---|---|
| 06/14/2014 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 06/14/2014) |
| 06/16/2014 | 15 (p.167) | DEMAND for Trial by Jury by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Fein, Eric) (Entered: 06/16/2014) |
| 06/16/2014 | 16 (p.169) | BRIEF filed *Plaintiffs' Brief in Support of Their Application for a Temporary Restraining Order and Preliminary Injunction* by Emerald City Band, Inc., Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Exhibit Supplemental Affidavit of Dean Taglioli)(Ruotolo, Robert) (Entered: 06/16/2014) |
| 06/16/2014 | 17 (p.192) | SUMMONS Issued as to Dean Taglioli. (baf, ) (Entered: 06/16/2014) |
| 06/17/2014 | 18 (p.194) | ORDER TO CONDUCT RULE 26(f) CONFERENCE - The court hereby directs the parties to confer as requried by Fed.R.Civ.P.26(f) no later than 7/28/2014 and file a Rule 26 Meeting Joint Written Report due no later than 8/11/2014. Signed by Judge Richard A. Schell on 6/17/2014. (baf, ) (Entered: 06/17/2014) |
| 06/19/2014 | 19 (p.199) | REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE re 2 (p.41) Ex Parte MOTION for Temporary Restraining Order filed by Emerald City Band, Inc., Emerald City Management, L.L.C. Signed by Magistrate Judge Don D. Bush on 6/19/2014. (baf, ) (Entered: 06/19/2014) |
| 06/25/2014 | | Registry funds received from Emerald City Management, L.L.C. in the amount of $10,000.00, related to TRO filed 6/16/2014. See Receipt #TXE6-19403(dlk). (Entered: 06/25/2014) |
| 06/27/2014 | 20 (p.208) | NOTICE of Attorney Appearance by Casey Lee Griffith on behalf of Jordan Kahn Music Company, L.L.C., Jordan Kahn (Griffith, Casey) (Entered: 06/27/2014) |
| 06/27/2014 | 21 (p.210) | NOTICE of Attorney Appearance by Austin Smith Champion on behalf of Jordan Kahn Music Company, L.L.C., Jordan Kahn (Champion, Austin) (Entered: 06/27/2014) |
| 06/27/2014 | 22 (p.212) | NOTICE of Attorney Appearance by Michael Collin Barbee on behalf of Jordan Kahn Music Company, L.L.C., Jordan Kahn (Barbee, Michael) (Entered: 06/27/2014) |
| 07/07/2014 | 23 (p.214) | *Defendant Dean "Deno" Taglioli's and Counter-Defendants Emerald City Band, Inc. and Emerald City Management, LLC's* ANSWER to 14 (p.143) Answer to Complaint, Counterclaim *by Emerald City Band, Inc., Emerald City Management, LLC and* by Dean Taglioli.(Ruotolo, Robert) (Entered: 07/07/2014) |
| 07/07/2014 | 24 (p.231) | OBJECTION to 19 (p.199) Report and Recommendations by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # 1 (p.12) Affidavit Declaration of Jordan Kahn, # 2 (p.41) Exhibit A, # 3 (p.72) Exhibit B, # 4 (p.74) Exhibit C, # 5 |

RE-6

| | | (p.76) Exhibit D, # 6 (p.78) Exhibit E)(Griffith, Casey) (Entered: 07/07/2014) |
|---|---|---|
| 07/10/2014 | 25 (p.259) | MOTION to Withdraw as Attorney by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Fein, Eric) (Additional attachment(s) added on 7/10/2014: # 1 (p.12) Text of Proposed Order) (cm, ). (Entered: 07/10/2014) |
| 07/15/2014 | 26 (p.263) | RESPONSE to 24 (p.231) Objection to Report and Recommendations, *filed by Emerald City Band, Inc., Emerald City Management, L.L.C.*. (Ruotolo, Robert) (Entered: 07/15/2014) |
| 07/24/2014 | 27 (p.272) | AMENDED COMPLAINT against Jordan Kahn, filed by Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Exhibit A, # 2 (p.41) Exhibit B, # 3 (p.72) Exhibit C, # 4 (p.74) Exhibit D, # 5 (p.76) Exhibit E, # 6 (p.78) Exhibit F, # 7 (p.79) Exhibit G)(Ruotolo, Robert) (Entered: 07/24/2014) |
| 07/24/2014 | 28 (p.343) | ***TERMINATED re: 36 (p.419) . PLEASE IGNORE.*** Second MOTION for Temporary Restraining Order by Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Affidavit Second Supplemental of Dean Taglioli, # 2 (p.41) Exhibit A, # 3 (p.72) Exhibit B, # 4 (p.74) Exhibit C, # 5 (p.76) Exhibit D, # 6 (p.78) Exhibit E)(Ruotolo, Robert) (Additional attachment(s) added on 7/28/2014: # 7 (p.79) Text of Proposed Order) (cm, ). Modified on 8/1/2014 (cm, ). (Entered: 07/24/2014) |
| 07/25/2014 | 29 (p.388) | ORDER granting 25 (p.259) Motion to Withdraw as Attorney. Attorney Eric D Fein terminated.. Signed by Judge Richard A. Schell on 7/25/14. (cm, ) (Entered: 07/25/2014) |
| 07/25/2014 | 30 (p.389) | ORDER re 28 (p.343) Second MOTION for Temporary Restraining Order filed by Emerald City Management, L.L.C., ( Expedited Response due by 5:00 p.m. 7/29/2014.). Signed by Judge Richard A. Schell on 7/25/14. (cm, ) (Entered: 07/25/2014) |
| 07/25/2014 | 31 (p.390) | OBJECTION to 19 (p.199) Report and Recommendations *REPLY IN SUPPORT OF OBJECTIONS* by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Griffith, Casey) (Entered: 07/25/2014) |
| 07/25/2014 | 32 (p.396) | ORDER REFERRING MOTION: 28 (p.343) Second MOTION for Temporary Restraining Order filed by Emerald City Management, L.L.C.. (docket entry #28) is hereby referred to The Honorable Don D. Bush, United States Magistrate Judge, for a hearing and a report and recommendation as provided by 28 U.S.C. § 636(b)(1)(B). Signed by Judge Richard A. Schell on 7/25/14. (cm, ) (Entered: 07/28/2014) |
| 07/28/2014 | | NOTICE of Hearing on Motion 28 (p.343) Second MOTION for Temporary Restraining Order : Motion Hearing set for Thursday, 7/31/2014 01:45 PM in Ctrm 108 (Plano) before Magistrate Judge Don D. Bush. (ttm, ) (Entered: 07/28/2014) |
| 07/29/2014 | 33 (p.397) | Emergency MOTION to Continue *Hearing on Second Application for a Temporary Restraining Order and Preliminary Injunction* by Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Text of Proposed Order)(Ruotolo, Robert) Modified on 7/29/2014 (cm, ). Modified on 7/29/2014 (cm, ). (Entered: 07/29/2014) |
| 07/29/2014 | 34 (p.401) | ORDER Granting re 33 (p.397) Emergency MOTION to Continue *Hearing on Second Application for a Temporary Restraining Order and Preliminary Injunction* filed by Emerald City Management, L.L.C.. The hearing on the Plaintiffs Second |

| | | |
|---|---|---|
| | | Application for a Temporary Restraining Order and Preliminary Injunction is hereby rescheduled from July 31, 2014, at 1:45 p.m. to Monday, August 4, 2014 at 11 a.m. Signed by Magistrate Judge Don D. Bush on 7/29/14. (cm, ) (Entered: 07/29/2014) |
| 07/29/2014 | | (Court only) ***Motions terminated: 33 (p.397) Emergency MOTION to Continue *Hearing on Second Application for a Temporary Restraining Order and Preliminary Injunction* filed by Emerald City Management, L.L.C.. (cm, ) (Entered: 07/29/2014) |
| 07/29/2014 | | Set/Reset Deadlines as to 28 (p.343) Second MOTION for Temporary Restraining Order . Motion Hearing Reset for 8/4/2014 11:00 AM in Ctrm 108 (Plano) - Bush before Magistrate Judge Don D. Bush. (cm, ) (Entered: 07/30/2014) |
| 07/31/2014 | 35 (p.402) | RESPONSE in Opposition re 28 (p.343) Second MOTION for Temporary Restraining Order *and Preliminary Injunction and Request for Sanctions filed by Jordan Kahn Music Company, L.L.C., Jordan Kahn.* (Attachments: # 1 (p.12) Text of Proposed Order)(Griffith, Casey) (Entered: 07/31/2014) |
| 08/01/2014 | 36 (p.419) | ORDER. The hearing on the Plaintiffs Second Application for a TemporaryRestraining Order and Preliminary Injunction (docket entry #28) which is scheduled for Monday, August 4, 2014 at 11:00 a.m. is hereby CANCELLED., The parties must meet and confer pursuant to LOCAL RULE CV-7(h) & (i) prior to filing any additional applications for injunctive relief. Motion terminated: 28 (p.343) Second MOTION for Temporary Restraining Order filed by Emerald City Management, L.L.C.. Signed by Magistrate Judge Don D. Bush on 8/1/14. (cm, ) (Entered: 08/01/2014) |
| 08/01/2014 | 37 (p.421) | MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND PRELIMINARY INJUNCTION for 2 (p.41) Motion for TRO filed by Emerald City Band, Inc., Emerald City Management, L.L.C., 19 (p.199) Report and Recommendations. IT IS FURTHER ORDERED THAT this Preliminary Injunction shall become effective immediately and remain in effect, unless otherwise modified by an order of this court. Signed by Judge Richard A. Schell on 8/1/14. (cm, ) (Entered: 08/01/2014) |
| 08/08/2014 | 38 (p.425) | NOTICE OF APPEAL as to 37 (p.421) Order Adopting Report and Recommendations, by Jordan Kahn Music Company, L.L.C., Jordan Kahn. Filing fee $ 505, receipt number 0540-4783061. (Champion, Austin) (Entered: 08/08/2014) |
| 08/11/2014 | 39 (p.427) | REPORT of Rule 26(f) Planning Meeting. (Ruotolo, Robert) (Additional attachment(s) added on 8/13/2014: # 1 (p.12) Text of Proposed Order) (cm, ). (Entered: 08/11/2014) |
| 08/11/2014 | 40 (p.442) | NOTICE of Discovery Disclosure by Emerald City Band, Inc., Emerald City Management, L.L.C. *and Dean Taglioli* (Ruotolo, Robert) (Entered: 08/11/2014) |
| 08/11/2014 | 41 (p.444) | Unopposed MOTION for Extension of Time to File Answer re 27 (p.272) Amended Complaint by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # 1 (p.12) Text of Proposed Order)(Barbee, Michael) (Entered: 08/11/2014) |
| 08/13/2014 | 42 (p.447) | NOTICE of Discovery Disclosure by Jordan Kahn Music Company, L.L.C., Jordan Kahn (Barbee, Michael) (Entered: 08/13/2014) |

RE-8

| 08/14/2014 | 43 (p.449) | SCHEDULING ORDER: Final Pretrial Conference and Trial Scheduling set for 11/2/2015 01:30 PM in Ctrm 105 (Plano) before Judge Richard A. Schell. Amended Pleadings due by 4/24/2015. Discovery due by 7/31/2015. Expert Witness List due from Plaintiff by 5/29/2015 and Defendant by 7/31/2015. Joinder of Parties due by 12/5/2014. Jury instructions due by 9/25/2015 Mediation Completion due by 9/1/2015. Designation of Mediator due by 7/15/2015, Motions due by 7/31/2015. Motions in Limine due by 10/2/2015. Proposed Findings of Fact due by 9/25/2015 Proposed Pretrial Order due by 9/25/2015. Signed by Judge Richard A. Schell on 7/14/14. (cm, ) (Entered: 08/14/2014) |
| --- | --- | --- |
| 08/15/2014 | 44 (p.451) | AMENDED COMPLAINT *(SECOND)* against Jordan Kahn Music Company, L.L.C., Jordan Kahn, filed by Emerald City Band, Inc., Emerald City Management, L.L.C.. (Attachments: # 1 (p.12) Exhibit A, # 2 (p.41) Exhibit B, # 3 (p.72) Exhibit C, # 4 (p.74) Exhibit D, # 5 (p.76) Exhibit E, # 6 (p.78) Exhibit F, # 7 (p.79) Exhibit G, # 8 (p.80) Exhibit H)(Ruotolo, Robert) (Entered: 08/15/2014) |
| 08/15/2014 | 45 (p.529) | Amended MOTION for Preliminary Injunction *(Second)* by Emerald City Band, Inc., Emerald City Management, L.L.C. (Attachments: # 1 (p.12) Affidavit Second Supplemental of Dean Taglioli, # 2 (p.41) Exhibit A, # 3 (p.72) Errata B, # 4 (p.74) Exhibit C, # 5 (p.76) Exhibit D, # 6 (p.78) Exhibit E, # 7 (p.79) Exhibit F, # 8 (p.80) Exhibit G, # 9 (p.83) Text of Proposed Order)(Ruotolo, Robert) (Entered: 08/15/2014) |
| 08/15/2014 | 46 (p.590) | ORDER granting 41 (p.444) Motion for Extension of Time to Answer. The deadline for Defendants to answer or otherwise respond to Plaintiffs Amended Complaint [Dkt. #27] is extended up to and including August 25, 2014. Signed by Judge Richard A. Schell on 8/14/14. (cm, ) (Entered: 08/15/2014) |
| 08/21/2014 | 47 (p.591) | ***FILED IN ERROR, DKT13 transcript order form must be submitted when ordering transcript for cases on appeal, PLEASE IGNORE*** TRANSCRIPT REQUEST by Jordan Kahn Music Company, L.L.C., Jordan Kahn for proceedings held on 6/6/2014 before Judge Bush, (Griffith, Casey) Modified on 8/21/2014 (dlc, ). (Entered: 08/21/2014) |
| 08/21/2014 | | NOTICE of Deficiency regarding document 47 (p.591) submitted. Incorrect document filed. DKT13 transcript request form must be filed for all cases on appeal. Atty must refile. (dlc, ) (Entered: 08/21/2014) |
| 08/21/2014 | 48 (p.593) | ***FILED IN ERROR, incorrect court reporter listed. Counsel will refile, PLEASE IGNORE*** TRANSCRIPT REQUEST by Jordan Kahn Music Company, L.L.C., Jordan Kahn for proceedings held on 6/6/2014 before Judge Bush, (Griffith, Casey) Modified on 8/21/2014 (dlc, ). (Entered: 08/21/2014) |
| 08/21/2014 | | NOTICE of Deficiency regarding transcript request 48 (p.593) submitted. Incorrect court reporter listed. Atty must refile indicating the hearing was taken by digital recording.(dlc, ) (Entered: 08/21/2014) |
| 08/22/2014 | 49 (p.594) | TRANSCRIPT REQUEST by Jordan Kahn Music Company, L.L.C., Jordan Kahn for proceedings held on 6/6/2014 before Judge Bush, (Griffith, Casey) (Entered: 08/22/2014) |
| 09/02/2014 | 50 (p.595) | MOTION to Dismiss by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # 1 (p.12) Text of Proposed Order)(Griffith, Casey) (Entered: 09/02/2014) |

RE-9

| | | |
|---|---|---|
| 09/02/2014 | 51 (p.616) | ***FILED IN ERROR. TO BE REFILED. PLEASE IGNORE.***RESPONSE to Motion re 45 (p.529) Amended MOTION for Preliminary Injunction *(Second) AND REQUEST FOR SANCTIONS filed by Jordan Kahn Music Company, L.L.C., Jordan Kahn.* (Attachments: # 1 (p.12) Text of Proposed Order)(Griffith, Casey) Modified on 9/3/2014 (cm, ). (Entered: 09/02/2014) |
| 09/03/2014 | | NOTICE of Deficiency regarding the RESPONSE, #51 submitted by Jordan Kahn Music Company, L.L.C., Jordan Kahn. The Response and the Motion to be refiled as two separate documents. Correction should be made by one business day. (cm, ) (Entered: 09/03/2014) |
| 09/04/2014 | 52 (p.637) | RESPONSE in Opposition re 45 (p.529) Amended MOTION for Preliminary Injunction *(Second) filed by Jordan Kahn Music Company, L.L.C., Jordan Kahn.* (Attachments: # 1 (p.12) Text of Proposed Order)(Griffith, Casey) (Entered: 09/04/2014) |
| 09/04/2014 | 53 (p.649) | Opposed MOTION for Sanctions by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # 1 (p.12) Text of Proposed Order)(Griffith, Casey) (Entered: 09/04/2014) |
| 09/12/2014 | 54 (p.664) | REPLY to Response to Motion re 45 (p.529) Amended MOTION for Preliminary Injunction *(Second) filed by Emerald City Management, L.L.C..* (Attachments: # 1 (p.12) Exhibit 1, # 2 (p.41) Exhibit 2, # 3 (p.72) Exhibit 3)(Ruotolo, Robert) (Entered: 09/12/2014) |
| 09/18/2014 | 55 (p.693) | ORDER REFERRING MOTION: 53 (p.649) Opposed MOTION for Sanctions filed by Jordan Kahn Music Company, L.L.C., Jordan Kahn, 45 (p.529) Amended MOTION for Preliminary Injunction *(Second)* filed by Emerald City Band, Inc., Emerald City Management, L.L.C.. Signed by Judge Richard A. Schell on 9/18/14. (cm, ) (Entered: 09/18/2014) |
| 09/18/2014 | 56 (p.762) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion for TRO and Preliminary Injunction held on 6/6/2014 before Judge Bush. Court Reporter/Transcriber: Bryn & Associates,Telephone number: 903/712-2273.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2014. Redacted Transcript Deadline set for 10/23/2014. Release of Transcript Restriction set for 12/22/2014. (pad, ) (Entered: 09/18/2014) |
| 09/19/2014 | | NOTICE of Hearing on Motion 45 (p.529) Amended MOTION for Preliminary Injunction *(Second)*, and 53 (p.649) Opposed MOTION for Sanctions : Motions Hearing set for Thursday, 10/2/2014 01:45 PM in Ctrm 108 (Plano) before Magistrate Judge Don D. Bush. (ttm, ) (Entered: 09/19/2014) |
| 09/19/2014 | 57 (p.695) | RESPONSE to Motion re 50 (p.595) MOTION to Dismiss *Plaintiffs' Second Amended Complaint filed by Emerald City Management, L.L.C..* (Attachments: # 1 (p.12) Text of Proposed Order)(Ruotolo, Robert) (Entered: 09/19/2014) |

| 09/19/2014 | <u>58 (p.716)</u> | RESPONSE to Motion re <u>53 (p.649)</u> Opposed MOTION for Sanctions *filed by Emerald City Management, L.L.C.*. (Attachments: # <u>1 (p.12)</u> Text of Proposed Order)(Ruotolo, Robert) (Entered: 09/19/2014) |
| 09/29/2014 | <u>59 (p.734)</u> | ***DEFICIENT DOCUMENT - ATTORNEY MUST REFILE***<br><br>REPLY to Response to Motion re <u>50 (p.595)</u> MOTION to Dismiss *filed by Jordan Kahn Music Company, L.L.C., Jordan Kahn*. (Griffith, Casey) Modified on 9/30/2014 (baf, ). (Entered: 09/29/2014) |
| 09/30/2014 | | NOTICE of Deficiency regarding the REPLY TO RESPONSE submitted DOCUMENT <u>59 (p.734)</u> - DOCUMENT EXCEEDS PAGE LIMIT. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/30/2014) |
| 09/30/2014 | <u>60 (p.746)</u> | Unopposed MOTION for Leave to File Excess Pages *re Defendants' Reply in Support of Their Partial Motion to Dismiss Plaintiffs' Second Amended Complaint* by Jordan Kahn Music Company, L.L.C., Jordan Kahn. (Attachments: # <u>1 (p.12)</u> Text of Proposed Order)(Griffith, Casey) (Entered: 09/30/2014) |
| 10/02/2014 | <u>61 (p.750)</u> | AFFIDAVIT in Support re <u>45 (p.529)</u> Amended MOTION for Preliminary Injunction *(Second) (Supplementary Affidavit of Rachel Saldana) filed by Emerald City Management, L.L.C.*. (Attachments: # <u>1 (p.12)</u> Exhibit A, # <u>2 (p.41)</u> Exhibit B)(Ruotolo, Robert) (Entered: 10/02/2014) |

RE-11

# TAB 2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| EMERALD CITY MANAGEMENT, L.L.C. and EMERALD CITY BAND, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-cv-00358-RAS |
| v. | § § | |
| JORDAN KAHN and JORDAN KAHN MUSIC COMPANY, L.L.C., | § § § | |
| Defendants. | § § | |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Jordan Kahn and Jordan Kahn Music Company, L.L.C. ("Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the interlocutory Order of the Honorable Judge Richard A. Schell, entered on August 1, 2014 [D.I. 37], Adopting the Report and Recommendation of the United States Magistrate Judge and granting Plaintiffs' Motion for Preliminary Injunction.

RE-12

Dated:  August 8, 2014                    Respectfully submitted,

                                          **KLEMCHUK KUBASTA LLP**

                                          */s/ Austin Champion*
                                          Casey L. Griffith
                                          Texas Bar No. 24036687
                                          Austin S. Champion
                                          Texas Bar No. 24065030
                                          Michael C. Barbee
                                          Texas State Bar No. 24082656
                                          8150 North Central Expwy., 10th Floor
                                          Dallas, Texas 75206
                                          Telephone: (214) 367-6000
                                          Facsimile: (214) 367-6001
                                          Casey.Griffith@kk-llp.com
                                          Austin.Champion@kk-llp.com
                                          Michael.Barbee@kk-llp.com

                                          **COUNSEL FOR DEFENDANTS**


                         **CERTIFICATE OF SERVICE**

    The undersigned certifies the foregoing document was filed electronically in compliance

with Local Rule CV-5(a).  As such, this document was served on all counsel of record on August

8, 2014.

                                          */s/ Austin Champion*
                                          Austin Champion

RE-13

# TAB 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| EMERALD CITY MANAGEMENT, L.L.C. | § | |
| and EMERALD CITY BANK, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:14-CV-358 |
| | § | |
| JORDAN KAHN and JORDAN KAHN | § | |
| MUSIC COMPANY, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND PRELIMINARY INJUNCTION**

Came on for consideration the report and recommendation of the United States Magistrate

Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge

pursuant to 28 U.S.C. § 636.  On June 19, 2014, the report of the Magistrate Judge was entered

recommending that the Plaintiffs' Application for a Temporary Restraining Order and Preliminary

Injunction (docket entry #2) be granted.

The court has made a *de novo* review of the following:

1. Defendants' objections to the report and recommendation of United States Magistrate
   Judge (docket entry #24);

2. Plaintiffs' response to Defendants' objections to the report and recommendation of
   United States Magistrate Judge (docket entry #26); and

3. Defendants' reply in support of objections to the report and recommendation of
   United States Magistrate Judge (docket entry #31).

The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and

-1-

RE-14

the objections are without merit as to the ultimate findings of the Magistrate Judge.

The court adopts the findings of fact of the Magistrate Judge and supplements the report and recommendation with certain additional facts.  According to the testimony presented at the injunction hearing and the exhibits attached to the moving papers, Defendant Jordan Kahn ("Kahn") began using the name "Downtown Fever" in 2006.  Kahn claims common law trademark rights to the "Downtown Fever" name.  In August 2009, Kahn began working for Plaintiff Emerald City ("Emerald City"), initially as an independent contractor and then as an employee.  In May 2011, during Kahn's tenure with Emerald City, Emerald City completed an "Application for Registration of Trademark or Service Mark" with the Office of the Secretary of State for the state of Texas for the Downtown Fever mark.  In the application, Emerald City stated that the mark was first used by Emerald City in Texas in 2009 and anywhere else in 2005.  A certificate of trademark or service mark registration for Downtown Fever was issued by the state of Texas on June 13, 2011.  It appears that Kahn was aware of Emerald City's application for and receipt of the trademark registration in the state of Texas.  Downtown Fever is not a federally registered mark.

On May 28, 2014, Kahn resigned his position with Emerald City.  Kahn, however, has attempted to market his own Downtown Fever band in the state of Texas in direct competition with Emerald City's Downtown Fever band.  As such, Emerald City has moved for a temporary restraining order and preliminary injunction.

The court adopts the conclusions of the Magistrate Judge along with certain additional conclusions.  The Magistrate Judge set forth the four factors the movant must establish for a preliminary injunction to be granted.  With respect to the second factor (irreparable injury), "a leading treatise states, 'All that must be proven to establish liability and the need for an injunction

-2-

against infringement is the likelihood of confusion – injury is presumed.'" *Abraham v. Alpha Chi Omega*, 708 F.3d 614, 627 (5th Cir. 2013), quoting 5 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 30:2 (4th ed. 2001).   "[W]hen identical marks are used in the same geographic area for the same class of goods or services, likelihood of confusion is presumed." *Solutech, Inc. v. Solutech Consulting Services, Inc.*, 153 F. Supp. 2d 1082, 1088 (E.D. Mo. 2000) (citations omitted).  Since the parties are using the identical mark, Downtown Fever, in Texas, a likelihood of confusion in Texas is presumed.  *See id.*

Further, "where a common law owner of a mark pre-dates use of the mark by the registrant, the senior user is entitled only to those areas where it had market penetration prior to the junior user and prior to the date of the junior user's registration." *Id.* at 1089 (citation omitted).  As noted by the Magistrate Judge, Kahn first used the mark in Boston.  While Kahn argued that his band played at a club in Texas in 2008, the club was a client of Emerald City and Emerald City was responsible for the booking.  Accordingly, Kahn did not have market penetration in Texas prior to Emerald City's market penetration in Texas or prior to the date Emerald City registered the mark.  Based on the foregoing, the Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction (docket entry #2) is hereby **GRANTED**.

### IT IS HEREBY FURTHER ORDERED THAT:

1.  The Kahn Defendants shall cease and desist from using the name Downtown Fever in the state of Texas, including but not limited to, promotion and performance activities;

2.  Any websites or hosting sites shall not list Kahn's Downtown Fever band as performing in the state of Texas;

3.  Kahn may not contact customers of Emerald City to promote his Downtown Fever band in the state of Texas;

-3-

RE-16

4.      Kahn shall cease and desist from using Emerald City's confidential business information; and

5.      Nothing herein shall prevent Kahn from using the mark outside the state of Texas.

**IT IS FURTHER ORDERED THAT** this Preliminary Injunction shall become effective immediately and remain in effect, unless otherwise modified by an order of this court.

**IT IS FINALLY ORDERED THAT** this Preliminary Injunction shall remain secured by the bond previously posted by Emerald City on June 25, 2014 with the clerk of the court in the sum of $10,000.00, in order to secure the payment of any costs and damages that may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

IT IS SO ORDERED.

-4-

RE-17

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 26, 2014, a true and correct copy of the foregoing Record Excerpts were served via electronic filing with the Clerk of Court and all registered ECF users.

Alan L. Busch
Email: busch@buschllp.com
Christopher Martin Albert
Email: albert@buschllp.com
Robert Ruotolo
Email: ruotolo@buschllp.com
Busch Ruotolo & Simpson, L.L.P.
Suite 250
100 Crescent Court
Dallas, TX 75201
(214) 855-2880

Dated: November 26, 2014

*/s/ Casey L. Griffith*