# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 28, 2014

Mr. Casey L. Griffith
Klemchuk Kubasta, L.L.P.
8150 N. Central Expressway
Suite 1150
Dallas, TX 75206

    No. 14-40856    Emerald City Management, L.L.C, et al v. Jordan Kahn, et al
                        USDC No. 4:14-CV-358

Dear Mr. Griffith,

The following pertains to your record excerpts electronically filed on 11/26/14.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              James deMontluzin, Deputy Clerk
                              504-310-7679

cc:    Mr. Christopher Martin Albert
        Mr. Alan L. Busch
        Mr. Robert Ruotolo